IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | Case No. 5:26-cr-00008-CAR-CHW-1 |
| BRANDON KERSEY BORAH, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### ORDER ON UNOPPOSED MOTION TO CONTINUE

Before the Court is Defendant Brandon Kersey Borah's Unopposed Motion to Continue [Doc. 19] his trial scheduled to begin on June 1, 2026, in Macon, Georgia. On March 10, 2026, the Grand Jury returned an eleven-count indictment charging Defendant with one count of possession of child pornography, five counts of receipt of child pornography, and five counts of distribution of child pornography. On March 21, 2026, Defendant was arrested. On March 31, 2026, Defendant was appointed counsel, pled not guilty at his arraignment, and was ordered to be detained pending trial. On April 7, 2026, defense counsel received discovery from the Government, and on May 4, 2026, the Government provided defense counsel with a plea agreement. This case has not previously been continued, and the Government does not oppose this request for a continuance.

Defense counsel represents additional time is needed to conduct additional

research and investigation for effective preparation. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant's request to continue the trial. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time to address these matters and could result in a miscarriage of justice. Thus, the Court **GRANTS** Defendant's Unopposed Motion to Continue [Doc. 19], and **HEREBY ORDERS** that this case be continued until August 10, 2026, the undersigned's next regularly-scheduled term of court for the Macon Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 11th day of May, 2026.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT