**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | |
| | : | **Case No. 5:26-CR-8-CAR-CHW** |
| **BRANDON KERSEY BORAH,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**ORDER ON DEFENDANT'S UNOPPOSED MOTION TO CONTINUE**

Before the Court is Defendant Brandon Kersey Borah's Unopposed Motion to Continue [Doc. 33] his pre-trial conference scheduled for November 19, 2026, and his trial scheduled to begin on December 7, 2026, in Macon, Georgia. On March 10, 2026, the Grand Jury returned an eleven-count indictment charging Defendant with one count of possession of child pornography, five counts of receipt of child pornography, and five counts of distribution of child pornography, and on March 11, 2026, the indictment was filed. On March 21, 2026, Defendant was arrested. On March 31, 2026, Defendant was appointed counsel, pled not guilty at his arraignment, and was ordered to be detained pending trial. This case has previously been continued three times, and the Government does not oppose this request for a fourth continuance.

Defense counsel represents additional time is needed to interview Defendant for mitigation and competency, to conduct defense investigations, and to complete research.

Having considered the matter, the Court finds it serves the ends of justice to grant Defendant's request to continue the trial. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time to address these matters and could result in a miscarriage of justice. Thus, the Court **GRANTS** Defendant's Motion to Continue [Doc. 33], and **HEREBY ORDERS** that this case be continued until February 9, 2027, the undersigned's next regularly-scheduled term of court for the Macon Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 12th day of November, 2026.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT